# EXHIBIT "B"

| | SIGNATURE | | EXP. DATE |
|---|---|---|---|
| | STATEMENT D. 8/27/2009 | DUE DATE | CURRENT AMOUNT DUE $939.60 |
| | ACCOUNT NUMBER ▆▆▆▆ | | $ AMOUNT ENCLOSED |

**RECEIVED SEP 0 9 2009 BY:**

0000003603

3022176-1
SIERRA BRONNER
JACKSONVILLE FL

A.R.M., Inc.
PO Box 277690
Miramar Fl 33027-7690

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

DETACH UPPER PORTION AND RETURN WITH PAYMENT                    1010A

| Date(s) of Service | Reference Number | Creditor | Amount Due |
|---|---|---|---|
| 03/19/2009 | 809499692 | Baptist Medical Center - Downtown - 279 | $ 939.60 |

**Please Read Carefully**

Date of Service: 03/19/2009
Account Number: ▆▆▆▆
RE: SIERRA BRONNER
Client Name: Baptist Medical Center - Downtown - 279

Total: $939.60
Reference Number: 809499692

Dear Sierra Bronner:

Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collection agency.

You are directed to address all future correspondence and payments concerning this account to the address above.

Sincerely,

Mr. Brock ext.158
904-421-3330

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE.

1010A