# EXHIBIT "C"

(866) 301-0222

Aug 10, 2009

**RECEIVED**
**AUG 1 9 2009**
BY: ....................

Sierra Bronner
████████████
Jacksonville FL ████

| Creditor | Account # | Regarding | Amt. Owed |
|---|---|---|---|
| EMERGENCY ROOM-BAPTIST | ████ | SIERRA BRONNER | 410.00 |

---

*** WARNING ***
Our client is a Credit Reporting client.
Your credit report may have a negative impact if we do not hear from you.

---

Please be advised, our client, EMERGENCY ROOM-BAPTIST MED CTR, has referred your account to us for liquidation. This communication is from a debt collector and is an attempt to collect a debt.

To avoid further collection activity, please remit payment in full of $ 410.00 directly to:

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287

If you would like to pay by phone, please notify us at 1-866-301-0222. Please reference our account number I87632 on all correspondence.

If you wish to pay by Visa or Mastercard, complete the credit card information on the reverse side of this letter, tear off and return in the enclosed envelope. A $10.00 convenience fee should be added to all Credit Card Transactions. If you carry any insurance that may cover this obligation, fill out the information on the reverse side and return the entire form in the enclosed envelope.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector.                946-ARRI1031-TYC0B2AC22

*** Please detach below and return in the enclosed envelope with your payment ***

---

|||||| barcode ||||||
PO Box 505
Linden MI 48451-0505
**ADDRESS SERVICE REQUESTED**

Account Number: ████
Date of Service: 03/19/09
Total Due:         $   410.00

#BWNKGZZ
#TYC0B2AC22#   I87632-031
Sierra Bronner
████████████
Jacksonville FL ████
|lllllllllllllllllllllllllllllllllllllllllllllll

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287
|lllllllllllllllllllllllllllllllllllllllllllllll

PO Box 1056
Blue Bell PA 19422
RETURN SERVICE REQUESTED

# AR Resources, Inc.

PO Box 1056 • Blue Bell, PA 19422
(866) 301-0222

Oct 2, 2009

Re: EMERGENCY ROOM-BAPTIST MED CTR
Account Number: ███████
Total Due: $    410.00

187632 - 003 - 1632
Sierra Bronner
████████████████
Jacksonville FL ███████
|..||..|.|..|.|.|.|.|.|..||.|.|.|....||.|.|...|.|.||..||.|.|

AR Resources, Inc.
PO Box 1056
Blue Bell PA 19422-0287
|..||.|.|..|..|.|.|..|.|.|.|||....|.||..|.|..|.|.|.|.||..|.||

--- 

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***    1632-ARRII003-TYCSACD4A3

Re: EMERGENCY ROOM-BAPTIST MED CTR
Account Number: ███████
Total Due:      $    410.00

You have chosen to ignore our previous communication regarding the debt above.

Failure to respond to this notification will leave us no alternative but to continue our collection efforts. To avoid further collection activity, please remit payment in full of $    410.00 directly to:

AR Resources, Inc.
PO Box 1056
Blue Bell PA  19422-0287

If you would like to pay by phone, please notify us at 1-866-301-0222. Please reference our account number I87632 on all correspondence.

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**