# EXHIBIT "D"

| CARD NUMBER | | VCODE | AMOUNT | |
|---|---|---|---|---|
| SIGNATURE | | | EXP. DATE | |

0570-01-011021-01-QMBB1-490578

| AMOUNT DUE | STATEMENT DATE | ACCOUNT NUMBER | AMOUNT ENCLOSED |
|---|---|---|---|
| $216.00 | JUL 19, 2009 | | |

PLEASE WRITE THE ACCOUNT NUMBER IN THE MEMO SECTION OF YOUR CHECK

FILE: 12654419

035399925  2133 1 AT 0.357 *8      02133

Sierra Bronner   0570-01-011021-QMBB1-490578
Jacksonville FL

DRS. MORI BEAN & BROOKS
PO BOX 116700
ATLANTA GA 30368-6700

RECEIVED
JUL 3 1 2009
BY:

BRS00001-0194790-0002133-1364918-001-001651-4002141

PLEASE DETACH AND RETURN THE TOP PORTION OF THIS STATEMENT WITH YOUR PAYMENT. RETAIN THE BOTTOM PORTION FOR YOUR RECORDS

This agency has been retained by Drs. Mori, Bean & Brooks, P.A. to collect your delinquent balance. Their records indicate you owe the amount listed above. As of this date, you have not satisfactorily responded to their attempts to secure the payment of this account and payment is requested.

Please use the enclosed envelope to send your payment.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that the debt or any portion thereof is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This communication is from a debt collection agency attempting to collect a debt. Any information obtained will be used for that purpose.

Contact Drs. Mori, Bean & Brooks, P.A. at 1-904-399-5550

or Business Revenue Systems, Inc. @ 1-800-947-3030

Business Revenue Systems, Inc. - PO Box 13077 - Des Moines, IA 50310-0077 - (515)277-1442

BRS00001-0194790-0002133-1364918-001-001651-4002141 ACCOUNT: 0570-01-011021-01-QMBB1-490578

CMSBRS-1