# EXHIBIT "E"

MAKE CHECKS PAYABLE TO:



BAPTIST MEDICAL CENTER P.O. BOX 45094
JACKSONVILLE, FL 32232

14940-K610



RETURN SERVICE REQUESTED

PAGE: 1 of 1

Patient Financial Services: (904) 202-2092
D1 S

SIERRA BRONNER
JACKSONVILLE, FL

IF PAYING BY CREDIT CARD, FILL OUT BELOW:
CHECK CARD USING FOR PAYMENT

☐ MC  ☐ DISCOVER  ☐ VISA  ☐ AMEX  ☐ BANK DEBIT* (Fastcheck)

| CARD NUMBER | SIGNATURE CODE |
| SIGNATURE | EXP. DATE |

| PATIENT NAME | STATEMENT DATE | DATE DUE |
|---|---|---|
| SIERRA BRONNER | 04/08/2009 | 04/28/2009 |
| ACCOUNT NUMBER | AMOUNT DUE | AMOUNT PAYING |
|  | $539.60 | $ |

BAPTIST MEDICAL CENTER
P.O. BOX 45094
JACKSONVILLE, FL 32232-5094

14940-K610*TMH05DGWH000324



14940-K610

| SIGNATURE | | | |
|---|---|---|---|
| PATIENT NAME | | STATEMENT DATE | DATE DUE |
| SIERRA BRONNER | | 07/07/2009 | 07/27/2009 |
| ACCOUNT NUMBER | | AMOUNT DUE | AMOUNT PAYING |
| ~~[redacted]~~ | | $939.60 | |

RETURN SERVICE REQUESTED

PAGE: 1 of 1

Patient Financial Services: (904) 202-2092
D4 S

SIERRA BRONNER
~~[address redacted]~~
JACKSONVILLE, FL ~~[redacted]~~

BAPTIST MEDICAL CENTER
P.O. BOX 45094
JACKSONVILLE, FL 32232-5094

RECEIVED
JUL 24 2009
BY:_____

14940-K610-TOZ05OLIB000488

### Account Summary

| | |
|---|---|
| Guarantor's Name | SIERRA BRONNER |
| Patient Name | SIERRA BRONNER |
| Service Type | EMERGENCY |
| Account Number | 809499692 |
| Admit Date | March 19, 2009 |
| Disch Date | March 19, 2009 |
| Amount billed to Primary Ins | $1566.00 |
| Amount paid by Primary Ins | $0.00 |
| Amount billed Secondary Ins | $0.00 |
| Amount paid by Secondary Ins | $0.00 |
| Total Insurance Payments | $0.00 |
| Total Adjustments | $-626.40 |
| Total Patient Payments | $0.00 |
| Last Payment Date | |
| Account Balance | $939.60 |
| Payment Arrangement (monthly) | $0.00 |
| Amount Due Now | $939.60 |

### Summary of Charges

| Description | What We Billed |
|---|---|
| LAB/UROLOGY | 52.00 |
| DX X-RAY | 839.00 |
| DX X-RAY/CHEST | 138.00 |
| LAB/CHEMISTRY | 39.00 |
| STERILE SUPPLY | 46.00 |
| EMERG ROOM | 452.00 |
| TOTAL | $1566.00 |

### Insurance Information

PRIMARY
INSURANCE  SELF PAY - NO INSURANCE

SECONDARY
INSURANCE  SELF PAY

PAY YOUR BILLS ONLINE 24 HOURS A DAY, 7 DAYS A WEEK! VISIT OUR WEBSITE AND ENROLL AT: www.e-baptisthealth.com/mybill
This account with Baptist Medical Center Downtown remains delinquent and is subject to be referred to a collection agency within ten (10) days. To avoid this action, please submit payment in full. If you have any questions, contact Customer Service at (904)202-2092. If payment has been submitted or payment arrangements made, please disregard this statement.

BANK DEBIT (FAST CHECK) INFORMATION: If you wish to use bank debit as a payment option, please provide the required information listed on the back of this form or call (904)202-2092 to speak with a Customer Service Representative. Thank You.

14940-K610*TOZ05OLIB000488