# EXHIBIT "F"

# STATEMENT

**CITY OF JACKSONVILLE FIRE RES**
PO BOX 863005
ORLANDO, FL 32886

**DATE** 4/09/09

RETURN SERVICE REQUESTED

**ACCOUNT NUMBER**

PLEASE DIAL NUMBER AS SHOWN
OUR TOLL FREE PHONE NUMBER IS  1-866-597-1167
OUR PATIENT SERVICES WEBSITE IS: WWW.EMSCLAIMS.NET

**AMOUNT PAID $** _____

926406-08
SIERRA BRONNER
JACKSONVILLE,

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

CITY OF JACKSONVILLE FIRE RES
PO BOX 863005
ORLANDO, FL 32886

---

926406-08

PATIENT NAME: SIERRA BRONNER    TRANSPORTED TO: SHANDS JACKSONVILLE
PHONE NUMBER:

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|---|---|---|---|
| 3/19/09 | EMS TRANSPORT | 535.00 | |
| | MILEAGE CHARGE 0002.0 @ 10.00 | 20.00 | |

You are responsible for the emergency transport services itemized above. There is an indication that these services were related to an auto accident. Please complete the reverse side of this form and return it in the enclosed envelope with your auto and health insurance information. IF YOU HAVE MEDICARE COVERAGE, YOU MUST SIGN AND RETURN THE SIGNATURE SECTION IN ORDER FOR US TO SUBMIT A CLAIM TO MEDICARE ON YOUR BEHALF. PLEASE MAKE SURE THAT YOUR NAME APPEARS EXACTLY AS IT DOES ON YOUR MEDICARE CARD. IF YOU ARE COVERED BY A MEDICARE HMO, PLEASE INCLUDE THE NAME OF THE HMO AND YOUR POLICY NUMBER. You may also update your insurance information or enter a billing concern on the internet at www.emsclaims.net. Otherwise, payment is due within 14 days.

Thank you for your assistance.

**PAY THIS AMOUNT** 555.00

***IMPORTANT NOTICE***
IN ORDER FOR YOUR INSURANCE TO BE BILLED PLEASE PROVIDE THE REQUIRED INFORMATION REQUESTED ON THE REVERSE SIDE OF THE FORM AND SIGN THE TOP PORTION.

**STATEMENT**

CITY OF JACKSONVILLE FIRE RES
PO BOX 863005
ORLANDO, FL 32886

DATE: 9/28/09

RETURN SERVICE REQUESTED

ACCOUNT NUMBER: ▓▓▓▓

PLEASE DIAL NUMBER AS SHOWN
OUR TOLL FREE PHONE NUMBER IS  1-866-397-1167
OUR PATIENT SERVICES WEBSITE IS: WWW.EMSCLAIMS.NET

AMOUNT PAID $ _____

926406-08
SIERRA BRONNER
JACKSONVILLE, ▓▓

195

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

CITY OF JACKSONVILLE FIRE RES
PO BOX 863005
ORLANDO, FL 32886

---

926406-08    4

| PATIENT NAME: | SIERRA BRONNER | TRANSPORTED TO: | SHANDS JACKSONVILLE |
|---|---|---|---|
| PHONE NUMBER: | | | |

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|---|---|---|---|
| 3/19/09 | EMS TRANSPORT | 635.00 | |
| | MILEAGE CHARGE 0002.0 @ 010.00 | 20.00 | |

We have previously sent you statements requesting that you provide us with your insurance information, or pay for the emergency transport services itemized above. Please return the reverse side of this form with your insurance information or payment immediately. IF YOU HAVE MEDICARE COVERAGE, YOU MUST SIGN AND RETURN THE SIGNATURE SECTION IN ORDER FOR US TO SUBMIT A CLAIM TO MEDICARE ON YOUR BEHALF. PLEASE MAKE SURE THAT YOUR NAME APPEARS EXACTLY AS IT DOES ON YOUR MEDICARE CARD. IF YOU ARE COVERED BY A MEDICARE HMO, PLEASE INCLUDE THE NAME OF THE HMO AND YOUR POLICY NUMBER. You may also update your insurance information or enter a billing concern on the internet at WWW.EMSCLAIMS.NET, as well as call us at the 800 number on this statement to set-up a payment plan that will meet your budget.

Thank you for your assistance.

PAY THIS AMOUNT: 655.00

***IMPORTANT NOTICE***
IN ORDER FOR YOUR INSURANCE TO BE BILLED PLEASE PROVIDE THE REQUIRED INFORMATION REQUESTED ON THE REVERSE SIDE OF THE FORM AND SIGN THE TOP PORTION.

NUMBER

PLEASE DIAL NUMBER AS SHOWN
OUR TOLL FREE PHONE NUMBER IS  1-866-397-1167
OUR PATIENT SERVICES WEBSITE IS: WWW.EMSCLAIMS.NET

AMOUNT PAID $ _____

MAKE CHECKS PAYABLE IN U.S. DOLLARS TO:

926406-08
SIERRA BRONNER
JACKSONVILLE, FL

253

CITY OF JACKSONVILLE FIRE RES
PO BOX 863005
ORLANDO, FL 32886

---

926406-08      3

PATIENT NAME:      SIERRA BRONNER            TRANSPORTED TO:      SHANDS JACKSONVILLE
PHONE NUMBER:

| DATE | DESCRIPTION OF SERVICE | CHARGES | PAYMENTS |
|---|---|---|---|
| 3/19/09 | EMS TRANSPORT | 635.00 | |
| | MILEAGE CHARGE 0002.0 @ 010.00 | 20.00 | |

We have previously sent you statements requesting that you provide us with your insurance information, or pay for the emergency transport services itemized above. Please return the reverse side of this form with your insurance information or payment immediately. IF YOU HAVE MEDICARE COVERAGE, YOU MUST SIGN AND RETURN THE SIGNATURE SECTION IN ORDER FOR US TO SUBMIT A CLAIM TO MEDICARE ON YOUR BEHALF. PLEASE MAKE SURE THAT YOUR NAME APPEARS EXACTLY AS IT DOES ON YOUR MEDICARE CARD. IF YOU ARE COVERED BY A MEDICARE HMO, PLEASE INCLUDE THE NAME OF THE HMO AND YOUR POLICY NUMBER. You may also update your insurance information or enter a billing concern on the internet at WWW.EMSCLAIMS.NET, as well as call us at the 800 number on this statement to set up a payment plan that will meet your budget.

Thank you for your assistance.

PAY THIS AMOUNT   655.00

***IMPORTANT NOTICE***
IN ORDER FOR YOUR INSURANCE TO BE BILLED PLEASE PROVIDE THE REQUIRED INFORMATION REQUESTED ON THE REVERSE SIDE OF THE FORM AND SIGN THE TOP PORTION.