# EXHIBIT "G"

**Drs. Mori, Bean & Brooks, P.A.**
3599 University Blvd., South, Bldg. 300
Jacksonville FL 32216

Statement Date:       04/07/2009
Account Number:       

Total Due:            $216.00

Office Hours: 8:00AM - 4:30PM Monday-Friday
Phone: 904/399-5550

Patient: SIERRA BRONNER

261 1 AT 0.346 *2                 00261

Sierra Bronner
Jacksonville FL

Drs. Mori, Bean & Brooks, P.A.
P.O. Box 116700
Atlanta GA 30368-6700

Dear SIERRA BRONNER:

You currently have a balance of $216.00 for the below reference services.

| Date Of Service | Ref. No. | Location | Service | Amount | Balance |
|---|---|---|---|---|---|
| 3/19/2009 | 2087480 | BAPTIST MEDICAL CENTER DOWNTOWN | CHEST X-RAY | $39.00 | $39.00 |
| 3/19/2009 | 2087481 | BAPTIST MEDICAL CENTER DOWNTOWN | XRAY EXAM OF PELVIS | $30.00 | $30.00 |
| 3/19/2009 | 2087478 | BAPTIST MEDICAL CENTER DOWNTOWN | XRAY EXAM OF NECK SPINE | $39.00 | $39.00 |
| 3/19/2009 | 2087472 | BAPTIST MEDICAL CENTER DOWNTOWN | XRAY EXAM OF NECK SPINE | $54.00 | $54.00 |
| 3/19/2009 | 2087479 | BAPTIST MEDICAL CENTER DOWNTOWN | XRAY EXAM OF LOWER SPINE | $54.00 | $54.00 |

Totals: $216.00    $216.00

Our office did not receive any insurance information from the facility where these procedures were performed. It is possible that you may have provided insurance information to this facility after the charge information was forwarded to our office for billing.

If you have current insurance coverage please contact our office immediately so that we may bill them on your behalf.

If we do not hear from you within 30 days of receipt of this letter, we will assume that you do not have insurance coverage for this date of service and will expect payment in full within 30 days of this notice.

If you have proof of coverage from any state funded programs to assist you with your health care costs, you must contact our office promptly. Please be aware that some of these programs only cover the hospital charges and do not cover our radiologists' charges.

Please contact the Patient Accounts Department at (904) 399-5550 between 8:00am - 4:30pm, Monday through Friday.

Thank your for your prompt attention to this matter.

Sincerely,

Patient Accounts Department

MOR2
-RCP