# EXHIBIT "H"

| ACCOUNT NUMBER | DATE OF STATEMENT | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | BALANCE | AMOUNT DUE |
|---|---|---|---|---|
| 95*10809499692 | 04/ /2009 | | | $7.00 |

PATIENT NAME

SIERRA BRONNER

PLEASE SEND PAYMENT FOR THE AMOUNT DUE INDICATED. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR OFFICE. THANK YOU.

THIS BILL IS FOR A SPECIMEN EXAMINED BY THE LAB AT YOUR DOCTOR'S REQUEST. THE LOCAL JACKSONVILLE, FL TELEPHONE NUMBER IS 904/725-1475.

Tax Id 591283625
Place of Service: BAPTIST MED-DOWNTWN CP/ER
Referring Doctor: GIRARD L POIRIER MD

MAKE CHECKS PAYABLE TO:
JACKSONVILLE PATHOLOGY CONSULTANT, PA
PO BOX 8989
JACKSONVILLE FL 32239-0989
800/763-8424

SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

Page 1 of 1

| Date | Doctor | Code | Description | Amount |
|---|---|---|---|---|
| 03/19/2009 | | 81001 | URINALYSIS W/MICROSCOPY | 7.00 |
| VISIT # 1 | TOTAL | | | 7.00 |

VISIT # 1 NO INSURANCE COVERAGE INDICATED FOR THE VISIT SHOWN ABOVE.
Access your account: www.peryourhealth.com Account Nbr: 4352-10809499692 Password: FE6DH9

For questions call, 800/763-8424 and when prompted enter your identification number as follows 4352*10809499692
OPERATOR AVAILABLE 8:30AM - 5:00PM EST

PLEASE DETACH AND RETURN THE BOTTOM PORTION WITH PAYMENT

| ACCOUNT NUMBER | | PATIENT NAME |
|---|---|---|
| | | SIERRA BRONNER |

JACKSONVILLE PATHOLOGY CONSULTANT, PA
PO BOX 8989
JACKSONVILLE FL 32239

Temp-Return Service Requested

Place of Service: BAPTIST MED-DOWNTWN CP/ER
JAXP*95*10809499692

4352

MED50E.A2YA6P004655.J02R9H.006863 006863

SIERRA BRONNER
JACKSONVILLE FL

| STATEMENT DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|
| 04/13/2009 | $7.00 | |

CREDIT CARD USERS FILL PART/ETT

| Card Number | | Exp. Date (MM/YYYY) |
|---|---|---|
| Amount | | 3-Digit Code On Back Of Card (CC-Code) (located in signature section) |
| Cardholder Name | | |
| Cardholder Address (Street, City, State, Zip Code) | | |
| Signature of Cardholder | | |

JACKSONVILLE PATHOLOGY CONSULTANT, PA
PO BOX 8989
JACKSONVILLE FL 32239-0989